Robins, Kaplan, Miller & Ciresi L.L.P.
Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
2049 Century Park East, 34th Floor
Los Angeles, CA 90067
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Movant
IN RE SUBPOENAS DIRECTED TO DR. JOHN
D. VILLASENOR and Plaintiff TiVo, INC.,

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENAS DIRECTED TO DR. JOHN D. VILLASENOR, <br><br> TiVo INC., <br><br> Plaintiffs <br><br> DR. JOHN D. VILLASENOR <br><br> Movant <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., a Delaware Corporation; VERIZON SERVICES CORP., a Delaware Corporation; and VERIZON CORPORATE RESOURCES GROUP, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. CV 11 0578 DMG (MANx) <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE [27]** |

82487648.1
60509957.1

1   The Court has reviewed the Stipulation to Dismissal Without Prejudice filed
2   September 15, 2011, as well as the Notice of Status filed on July 15, 2011.
3   Since the parties have agreed to be bound by the ruling of the Eastern District
4   of Texas, and TiVo and Dr. Villasenor have agreed to withdraw their motion,

**IT IS ORDERED THAT:**

This case is dismissed without prejudice.

Dated:   September 16, 2011

_____
DOLLY M. GEE
United States District Judge